FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 10 2014

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CORDELL BELCHER,<br><br>    Petitioner,<br><br>    v.<br><br>SECRETARY OF CDCR,<br>MATTHEW CATE,<br><br>    Respondent. | Case No. ED CV 11-1740 SJO (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY AND EVIDENTIARY HEARING** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections generally reiterate the arguments made in the Petition, and lack merit for the reasons set forth in the Report and Recommendation. There is one issue, however, that warrants brief amplification here.

In his Objections, Petitioner alleges that the prosecutor in his criminal case must have lied about when she received certain *Brady* material. At trial, after both sides rested their cases-in-chief, the prosecutor alerted the trial court and Petitioner to certain jail recordings she had just received. (RT at 404-07.) Now, Petitioner argues that because one of the prosecutor's witness examinations covered similar ground as the recordings, she must have received those recordings earlier and withheld them.

Unfortunately for Petitioner, such rampant speculation does not state a viable *Brady* claim. *See, e.g., Wong v. Harrison*, 2011 WL 5570632, at *19 (C.D. Cal. June 23, 2011); *see also Wood v. Bartholomew*, 516 U.S. 1, 8 (1995) (per curiam) (granting habeas relief "on the basis of little more than speculation with slight support" is improper).

Moreover, as explained in the Report and Recommendation, Petitioner cannot establish that these recordings were material, such that Petitioner was prejudiced by any delay in their disclosure. *See Strickler v. Greene*, 527 U.S. 263, 281-82 (1999); *United States v. Gordon*, 844 F.2d 1397, 1403 (9th Cir. 1988).

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

Additionally, for the reasons set forth above and in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.

Nor is Petitioner entitled to an evidentiary hearing. *See Cullen v. Pinholster*, 131 S. Ct. 1388, 1398 (2011) (AEDPA "requires an examination of the state court-decision at the time it was made. It follows that the record under review is limited to the record in existence at that same time *i.e.*, the record before the state court.").

October 9, 2014.

DATED: _____

*S. James Otero*

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE