JS-6/Enter

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CORDELL BELCHER,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF CDCR, MATTHEW CATE,<br><br>Respondent. | Case No. ED CV 11-1740 SJO (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

October 9, 2014.

DATED: _____

*S. James Otero*

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE